# IN THE UNITED STATES DISTICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| TERESA BOATRIGHT,<br>Plaintiff, | |
| | CIVIL ACTION NO:<br>CV210-85 |
| v. | |
| FRED'S STORES OF TENNESSEE,<br>INC., and JAMES BOLFILK, | |
| Defendants | |

## **FINAL ORDER OF DISMISSAL**

The Court having been advised that all parties have agreed to and announced to the Court a settlement of the above action, the parties having filed a Stipulation of Dismissal, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within twenty (20) days, any aggrieved party may reopen the case for enforcement of the settlement within ten (10) days, and if successful, all additional attorneys' fees and costs from this

- 1 -

date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED that each party shall their own costs.

SO ORDERED this the ____ day of February, 2011.

_____
HON. LISA G. WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA